IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JIMMIE L. HINELY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-cv-64 |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On this day came Defendant, Michael J. Astrue, Commissioner of Social Security, who moved the Court to enlarge the time within which Defendant may file his Motion for Summary Judgment and Brief in Support thereof and it appearing to the Court that good cause exists for said motion, it is hereby

**ORDERED** that the time within which Defendant may file is extended and enlarged up to and including October 26, 2007.

Date: September 28, 2007

*/s/ John S. Kaull*
UNITED STATES MAGISTRATE JUDGE