IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
OCT 26 2007
U.S. DISTRICT COURT
ELKINS WV 26241

JIMMIE L. HINELY,

    Plaintiff,

v.   Civil Action No. 1:07-CV-64

MICHAEL J. ASTRUE, [1]
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER

Upon consideration of Defendant's Motion to File Brief in Excess of Page Limit and for good cause shown therein, it is hereby accordingly

**ORDERED** that Defendant's Brief in Support of Summary Judgment may exceed the fifteen page limit established in this Honorable Court's Standing Order Number Six dated April 6, 2000.

Date: October 26, 2007

UNITED STATES MAGISTRATE JUDGE

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, for former Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).